Filed 4/8/21  P. v. Fredrickson CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>WARREN CHARLES FREDRICKSON,<br><br>    Defendant and Appellant. | 2d Crim. No. B307515<br>(Super. Ct. No MA050686)<br>(Los Angeles County) |

Warren Charles Fredrickson appeals an order denying his 2020 motion for modification of sentence under Penal Code section 1016.8.[1]  In 2011, he pled no contest to a charged offense of committing a lewd act on a child, a felony (Pen. Code, § 288, subd. (a)) and he admitted a prior serious felony conviction (*ibid.*).  He was sentenced to an aggregate state prison term of 21 years.

We appointed counsel to represent him on this appeal. After examination of the record, his counsel was not able to find

---

[1] All statutory references are to the Penal Code.

any arguable issues on appeal. Counsel filed an opening brief requesting the court to make a review under *People v. Serrano* (2012) 211 Cal.App.4th 496. We have also reviewed the record under *People v. Wende* (1979) 25 Cal.3d 436.

On February 17, 2021, we sent notice to Fredrickson of his right to file a supplemental brief containing any contention he wished us to consider. He did not file a supplemental brief.

After examination of the record, we are satisfied that no arguable issues exist. (*People v. Wende*, *supra*, 25 Cal.3d at pp. 441, 443.)

The order is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.

We concur:



YEGAN, J.



PERREN, J.


2

Kathleen Blanchard, Judge
Superior Court County of Los Angeles

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.